IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DOLORES GUTIERREZ,

    Petitioner,

v.                                                    4:21cv99–WS/MJF

ERICA STRONG,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed May 28, 2021. The magistrate judge recommends that this case be dismissed without prejudice for failure to pay the filing fee, to prosecute, and to comply with court orders.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 18) is

adopted and incorporated by reference in this order of the court.

    2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice.

    3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

    DONE AND ORDERED this   15th   day of   July  , 2021.


                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE